MAGISTRATE JUDGE KAREN L. STROMBOM

FILED _____ LODGED
_____ RECEIVED
SEP 21 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 05-5699 KLS |
| Plaintiff, | |
| vs. | ~~(PROPOSED)~~ ORDER SEALING PETITION, STATEMENT OF DEFENDANT/PETITIONER AND ORDER GRANTING DEFERRED PROSECUTION AND ATTACHMENTS THERETO |
| CORY A. NASH, | |
| Defendant/Petitioner. | |

The Court having considered the Motion for Order Sealing Petition, Statement of Defendant/Petitioner, and Order Granting Deferred Prosecution and attachments thereto,

NOW THEREFORE IT IS HEREBY ORDERED that the Petition for Deferred Prosecution, Statement of Defendant/Petitioner, and Order Granting Deferred Prosecution and attachments thereto, are to be sealed.

DONE this 21 day of September, 2006.

THE HONORABLE ~~KAREN L. STROMBOM~~ J. Kelley Arnold
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/ Jerome Kuh
JEROME KUH
Attorney for Defendant/Petitioner

05-CR-05699-ORD

ORDER SEALING DOCUMENTS
(Cory Nash; #05-5699KLS)     -- page 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710